UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYED HOSSEIN KEIVANI,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

No.  1:26-cv-3292-DC-DMC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 9)

Petitioner, an immigration detainee proceeding with retained counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 22, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  ECF No. 9.  Respondents filed objections to the findings and recommendations.  ECF No. 18.  However, in those objections, Respondents merely state that they object "for the same reasons advanced in Respondents' earlier filings."  *Id.*  Those arguments were addressed by the magistrate judge and have already been rejected by this court. *See Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025), *Vuong v. Becerra,* 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D. Cal. Dec. 22, 2025), and *El-Ghazaly v. Chestnut,* 1:25-cv-01621-DC-CKD, 2025 WL 3485030 (E.D. Cal. Dec. 4, 2025). Thus,

1

Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 22, 2026, ECF No. 9, are ADOPTED;

2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED;

3. Respondents are ORDERED to immediately release Petitioner, A-246-873-910, on the same conditions as his prior release with all Petitioner's documents and possessions;

4. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, strict compliance with the requirements of 8 C.F.R. § 241.13(i);

5. Respondents are ORDERED to file a notice of compliance within seven (7) days of the date of entry of this order;

6. The Clerk of the Court is directed to serve California City Detention Facility with a copy of this order;  and

7. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close the case.

IT IS SO ORDERED.

Dated:    **June 11, 2026**

Dena Coggins
United States District Judge

2